JOEL A. SIEGEL, ESQ.
70 Lafayette Street
New York, New York 10013
(212) 233-6900
*Attorney for Merrill Lynch Commercial*
 *Finance Corp.*

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT NEW YORK (BROOKLYN)

```
------------------------------------------------------------x
 In the Matter of                                           :
                                                            :   Case No. 1-09-47089-ess
CORNER HARDWARE & PAINT CTR. INC.,                          :
                                                            :   NOTICE OF APPEARANCE
                   Debtor.                                  :
------------------------------------------------------------x
```

**PLEASE TAKE NOTICE**, that Joel A. Siegel, Esq., appears herein as counsel to, and on behalf of, Merrill Lynch Commercial Finance Corp., and pursuant to Rule 9010(b) of the Rules of Bankruptcy Procedure, hereby demands that all notices, pleadings, and other filings given or required in this proceeding be given to and served upon Joel A. Siegel, Esq., 70 Lafayette Street, 7th Floor, New York, New York 10013-4000.

**PLEASE TAKE FURTHER NOTICE**, that the foregoing demand includes not only the notices, pleadings and papers referred to in Rules of Bankruptcy Procedure, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints, letters, and demands made or filed in this proceeding, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, fax,

electronically, or otherwise.

Dated: August 19, 2009                     JOEL A. SIEGEL, ESQ.
                                           70 Lafayette Street, 7th Floor
                                           New York, NY 10013-4000
                                           (212) 233-6900
                                           Fax: (212) 233-9713
                                           Email: jasnycesq@aol.com


                                       By:        /s/
                                           JOEL A. SIEGEL, ESQ. (JS2974)



TO:  Leo Fox, Esq. (Debtor's Counsel)
     630 Third Avenue
     New York, New York 10017
     (212) 867-9595

     Diana G. Adams, Esq. (US Trustee)
     Office of the United States Trustee
     271 Cadman Plaza East
     Suite 4529
     Brooklyn, New York 11201
     (718) 422-4960